

# Gmail

Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

---

## Next Steps - Google Cloud
10 messages

---

**Joanna D'Amico** <joannadamico@google.com>  Fri, Aug 2, 2024 at 12:33 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Katie Averiette <kaveriette@google.com>

Hi Wesam,

Thanks again for your time on our call. I am excited that you will be moving to next steps and want to introduce you to the lead Recruiter, **Katie Averiette.** Katie will be working with you through the remainder of the process regarding our **Customer Engineer, Application Modernization** role in Sunnyvale - you are in the best of hands! I'm rooting for you!

Below you will find action items and additional information as you head into the next phase of the process. Please review as soon as you can as there are a lot of timely details!

**Next Steps & Actions**

1. **Sign up for an Interview Prep Call**
   * Recommend attending as soon as you can so not to delay scheduling interviews.
   * Register for the session here & block your cal/set yourself a reminder. You will not receive a calendar invite or confirmation. The form lists all the upcoming dates and times.
   * Utilize session call-in instructions to access at the correct time.
      **Dial-In: 541-960-2418     PIN: 586 610 142#**

2. Review the **Interview Prep Guide** & **Presentation Prompt Guide** (attached).
3. Reply & Connect with Katie!

**Other Interview Reminders**

- Round 1 interviews are typically conducted within one day - needing at least a 3 hour window. There will be breaks scheduled between back to back interviews. However, depending on the availability they could be split up across multiple days.
- You will receive an availability request via email from the scheduling team. If you have any questions about any next steps, please follow up with Katie.

**Additional Study Materials**

- Review our perspective on Why Google Cloud, compared to other products
- Optional Qwiklabs hands on resource: Feel free to dive into any courses relevant to your interview specialty; we can share tokens that will enable you to run through these tutorials for free
- Coursera Classes: You can access the course materials as part of the FREE AUDIT or purchase the entire class. Try our fundamentals training.
- Google Services
    - About Google Cloud Services
    - Google Cloud Architecture Framework
    - What is IaaS?
    - Hybrid and Multi-Cloud Patterns

I am wishing you the best of luck! Please don't hesitate to reach out to me if you need anything at all.

Thanks,
Joanna


---

**Joanna D'Amico**
Sourcing Specialist
careers.google.com
Interview Warmup Tool
|Learn more about our candidate privacy policy.|

---

2 attachments

📄 **Customer Engineering Specialist Interview Prep Guide [2022] (2).pdf**
192K

📄 **Cloud CE Presentation Prompt [2022] (1) (1).pdf**
137K

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Fri, Aug 2, 2024 at 1:41 PM
To: Joanna D'Amico <joannadamico@google.com>
Cc: Katie Averiette <kaveriette@google.com>

Hi Joanna,

Thank you so much for the call and for the introduction! I am excited to be moving to the next phase. I will review the prep materials and have signed up for an interview prep call.

Katie, it is great to meet you and I look forward to working with you!

Best,
Wesam
[Quoted text hidden]

---

**Katie Averiette** <kaveriette@google.com>  Mon, Aug 5, 2024 at 12:47 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Thanks for the intro, Joanna! Nice to meet you, Wesam.
Please let us know which prep call you plan to attend and if you have any questions coming out of the prep.
You should receive an availability request shortly via email. Please check your spam folder if you do not receive it.
All my best,
Katie



**Katie Averiette**
Cloud Recruiter
San Francisco CA, USA
(650) 439 4535 | (415) 878 1761

Well-being note: My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.
|Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Mon, Aug 5, 2024 at 2:31 PM

To: Katie Averiette <kaveriette@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Katie,

Nice to meet you too! I attended the prep call today at 12PM ET. I submitted my availability as well.

During the prep call, Raven mentioned the Google Cloud Essentials Qwiklabs and that you may be able to provide tokens for the course. Please let me know if this is possible. Thank you.

Best,
Wesam Abdelzaher
[Quoted text hidden]

---

**Katie Averiette** <kaveriette@google.com>    Tue, Aug 6, 2024 at 1:35 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Wesam - Yes!
Here are the Qwiklabs Tokens!

**Please note these tokens are 1-time use and expire in 3 months. If you need more tokens, just let me know.**

**Here's how to use the tokens:**
1. Go to www.cloudskillsboost.google/ and create an account if you don't have one already

3. Select the lab you want to take

5. You will be prompted to enter a token - once you do so, your lab will begin!

NOTE: You'll see 4 separate text boxes to enter the access code. You must break the strings into 4 characters, and enter 4 characters into each box. Example: You would break a34b040e4829aa40 ino  a34b - 040e - 4829 - aa40.

| |
|---|
| 441b0ddc69ca0759 |
| 84a06823bcd4a6b0 |
| fb72b0ce9618832f |
| 11c7641b0dddb5a3 |
| 88d9b027de14fd02 |
| efef2971f6c4fd00 |



**Katie Averiette**
Cloud Recruiter
San Francisco CA, USA
(650) 439 4535 | (415) 878 1761

Well-being note: My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.
|Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Tue, Aug 6, 2024 at 9:29 PM
To: Katie Averiette <kaveriette@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Thank you so much for the Qwiklabs tokens! Also, I have attached an updated resume for your reference and I have added it to my Google careers profile as well.

Best,
Wesam Abdelzaher
[Quoted text hidden]

---

📎 **Wesam Abdelzaher Resume.pdf**
75K

---

**Katie Averiette** <kaveriette@google.com>      Thu, Aug 8, 2024 at 2:27 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Thanks Wesam!



Katie Averiette
Cloud Recruiter
San Francisco CA, USA
(650) 439 4535 | (415) 878 1761

Well-being note: My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.
|Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Katie Averiette** <kaveriette@google.com>      Thu, Aug 22, 2024 at 6:52 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Wesam - Feedback is in! Let's get connected to discuss.
Please find time on my appointment calendar HERE.
Best,
Katie



Katie Averiette
Cloud Recruiter
San Francisco CA, USA
(650) 439 4535 | (415) 878 1761

Well-being note: My working hours may not be your working hours. Please do not feel obligated to reply outside of your normal work schedule.
|Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>      Thu, Apr 17, 2025 at 11:59 AM
To: Katie Averiette <kaveriette@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Katie and Joanna,

I hope you are doing well, I wanted to reach out and reconnect since our conversation last year regarding the Customer Engineer interviews I completed. I have since completed several more interviews with Google for the role and also attained the Google Cloud Architect Certification. Please find my updated resume and certificate attached. I am also able to provide my college transcript if needed.

I applied to the Field Solutions Architect I, Generative AI, Google Cloud role using my Google Careers profile. Are you familiar with this role? I would appreciate any guidance regarding whether it is an appropriate role given my experience as a Cloud Engineer at IBM. Thank you so much for any advice or assistance you can provide.

Best,
Wesam Abdelzaher
[Quoted text hidden]

---

**2 attachments**




**Google Cloud Professional Cloud Architect Certification.png**
6851K

 **Wesam Abdelzaher Resume.pdf**
103K

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>      Mon, Apr 21, 2025 at 10:32 AM
To: Katie Averiette <kaveriette@google.com>

Hi Katie,

Happy Easter Monday, I hope you had a good holiday weekend!

I'm reaching out to follow up on the Field Solutions Architect position I emailed about last week. I see in the career portal that my application is not proceeding.

Any chance you can point me in the right direction to a role that fits my background? I have experience as Cloud Engineer at IBM and I have entrepreneurial experience as well.

For context, here are some roles I have been open to: Software Engineer, Customer Engineer, Solution Architect, Senior Customer Engineer, Customer Engineer Manager

Thank you in advance for any help you can provide.

Best regards,
Wesam Abdelzaher
[Quoted text hidden]

---

 **Wesam Abdelzaher Resume 2025.pdf**
104K

 Gmail	Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

## Reaching out - Google
32 messages

**Joanna D'Amico** <joannadamico@google.com>	Mon, Jul 29, 2024 at 2:23 PM
To: wesam.abdelzaher0@gmail.com

Hi Wesam,

Hope all is well. My name is Joanna and I am on the recruiting team at Google. I support Customer Engineering opportunities within our Cloud organization. I wanted to reach out as your background looks like it may be a fit for the roles I'm supporting. Are you open to new opportunities at this time? If so, what locations are of interest?

Looking forward to hearing from you,
Joanna

--

**Joanna D'Amico**
Sourcing Specialist
careers.google.com
Interview Warmup Tool
|Learn more about our candidate privacy policy.|

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>	Mon, Jul 29, 2024 at 3:51 PM
To: Joanna D'Amico <joannadamico@google.com>

Hi Joanna,

Thank you for reaching out! I am certainly interested in Customer Engineering opportunities within Google's Cloud organization. It is in alignment with my experience working in Client Engineering at IBM.

I am based in New York City so it would be my primary location of interest.

Thank you,
Wesam
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>	Mon, Jul 29, 2024 at 3:55 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Thanks for letting me know! Unfortunately I don't have any NYC based opportunities at this time, but I'll keep an eye out as new roles open up.

Would you be open to San Francisco?
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>	Mon, Jul 29, 2024 at 3:59 PM
To: Joanna D'Amico <joannadamico@google.com>

Thank you, that would be great. Yes I am open to San Francisco!
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>   Mon, Jul 29, 2024 at 4:01 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Great! Would you be interested in a Customer Engineer, Application Modernization role based in SF? This would require relocation, and it would be a hybrid position (3 days in office).

> **Joanna D'Amico**
> Sourcing Specialist
> careers.google.com
> Interview Warmup Tool
> |Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>   Mon, Jul 29, 2024 at 4:06 PM
To: Joanna D'Amico <joannadamico@google.com>

Yes, I am interested in a Customer Engineer, Application Modernization role and I am open to relocation to SF. Please let me know any next steps. Thank you.
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>   Mon, Jul 29, 2024 at 4:09 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Great! Feel free to send over your availability for an introductory call.

> **Joanna D'Amico**
> Sourcing Specialist
> careers.google.com
> Interview Warmup Tool
> |Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>   Mon, Jul 29, 2024 at 4:25 PM
To: Joanna D'Amico <joannadamico@google.com>

Thanks! I am available on the following dates and times (Eastern Time):

Thursday, August 1st from 3PM - 6PM
Friday, August 2nd from 12PM - 6PM
Tuesday, August 6th from 12PM - 6PM

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>   Mon, Jul 29, 2024 at 4:38 PM
To: Joanna D'Amico <joannadamico@google.com>

Please also feel free to suggest any other times that work for you. Thank you.
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Mon, Jul 29, 2024 at 4:39 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

I'll give you a call Thursday at 3 PM EST - looking forward to it.
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Mon, Jul 29, 2024 at 4:41 PM
To: Joanna D'Amico <joannadamico@google.com>

Sounds great. I'm looking forward to it as well.
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Wed, Oct 30, 2024 at 6:35 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Hi Wesam,

Hope all has been well since we last spoke. Wanted to check in - are you open to opportunities in Atlanta?
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Wed, Oct 30, 2024 at 6:47 PM
To: Joanna D'Amico <joannadamico@google.com>

Hi Joanna,

Thanks for checking in! Hope all is well with you too. Yes, I am open to opportunities in Atlanta.

Thank you,
Wesam
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Wed, Oct 30, 2024 at 6:53 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Thanks for letting me know! I'm going to share your profile with the team for a Customer Engineering opportunity and will follow up if there is interest in moving forward.
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Wed, Oct 30, 2024 at 6:58 PM
To: Joanna D'Amico <joannadamico@google.com>

That sounds great! I'm looking forward to hearing from you.

Thank you,
Wesam
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Mon, Nov 4, 2024 at 2:03 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Hi Wesam,

Hope you had a nice weekend. Are you open to roles in Austin?

**Joanna D'Amico**
Sourcing Specialist
careers.google.com
Interview Warmup Tool
|Learn more about our candidate privacy policy.|

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Mon, Nov 4, 2024 at 2:09 PM
To: Joanna D'Amico <joannadamico@google.com>

Hi Joanna,

I hope you had a nice weekend too. Yes, I am open to roles in Austin! Thanks.

Best,
Wesam Abdelzaher
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Mon, Nov 4, 2024 at 5:35 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Great! I just sent over a hiring assessment which is a requirement for all of our roles -- it is not role specific, more so behavioral questions. Once that is completed I'd be happy to intro you to the recruiter!
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Tue, Nov 5, 2024 at 6:58 AM
To: Joanna D'Amico <joannadamico@google.com>

Sounds great! I received the application submitted emails. I did not receive a hiring assessment email although I may have already completed it earlier this year. Please let me know. Thank you.
[Quoted text hidden]

---

**Joanna D'Amico** <joannadamico@google.com>  Tue, Nov 5, 2024 at 7:25 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>, Caryn Williams <carynwilliams@google.com>

Great, all set! Adding in +Caryn Williams who is the recruiter supporting the role. She'll be your point of contact going forward, but feel free to reach out if I can be of any help in the future.
[Quoted text hidden]

---

**Caryn Williams** <carynwilliams@google.com>  Tue, Nov 5, 2024 at 10:17 AM
To: Joanna D'Amico <joannadamico@google.com>
Cc: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

Hi Wesam,

I hope you are having a great start to the week!! It's a pleasure to meet you and I am looking forward to supporting you throughout the remainder of the process.

I would love to chat through next steps and answer any questions you may have. Feel free to add time to my calendar here. Happy to help.

Have a great day,
Caryn

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>      Tue, Nov 5, 2024 at 12:34 PM
To: Caryn Williams <carynwilliams@google.com>

Thank you for the introduction, Joanna!

Hi Caryn, nice to meet you. I have added time to your calendar, I look forward to speaking with you!

Thank you,
Wesam Abdelzaher
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>      Tue, Nov 5, 2024 at 12:34 PM
To: Joanna D'Amico <joannadamico@google.com>

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>      Tue, Nov 5, 2024 at 7:48 PM
To: Caryn Williams <carynwilliams@google.com>, Joanna D'Amico <joannadamico@google.com>

Hi Caryn and Joanna,

Please find my updated resume attached. Thank you!

Best,
Wesam Abdelzaher
[Quoted text hidden]

📄 **Wesam Abdelzaher Resume .pdf**
75K

---

**Caryn Williams** <carynwilliams@google.com>      Wed, Nov 6, 2024 at 9:34 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Thanks, Wesam! I look forward to connecting later today.

Best,

[Quoted text hidden]

---

**Caryn Williams** <carynwilliams@google.com>      Thu, Nov 21, 2024 at 7:27 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Wesam,

Happy Wednesday! Great news - we would love to move you forward to the next round!! :) This will be one 45 minute presentation with the hiring manager and a member of the team.

You should see a scheduling form come through today for you to submit your availability for the last round. I've attached a presentation prep document to this email to help you prepare in the meantime.

Additionally, please add time to my calendar for us to prepare in depth.

Let me know if you have any questions.

Thanks,
Caryn
[Quoted text hidden]

 **CE Presentation Prompt 2024.pdf**
137K

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Thu, Nov 21, 2024 at 11:26 AM
To: Caryn Williams <carynwilliams@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Caryn,

Thank you so much, that is great to hear!! Thank you for the prep document. I have added time to your calendar and will keep an eye out for the scheduling form. Looking forward to it!

Best,
Wesam Abdelzaher
[Quoted text hidden]

---

**Caryn Williams** <carynwilliams@google.com>    Mon, Dec 9, 2024 at 10:07 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Wesam,

I hope you had a great weekend! I was able to get feedback from the team this morning. Would you have time today or tomorrow to connect on updates?

Let me know what day/time works best for you and the best number to reach you.

Thanks,
Caryn
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Mon, Dec 9, 2024 at 10:17 AM
To: Caryn Williams <carynwilliams@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Caryn,

Thank you, I hope you had a great weekend as well! Yes, I am available today for a call until 5PM. You can reach me at 347-500-7429.

Looking forward to hearing from you.

Best,
Wesam
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Mon, Dec 9, 2024 at 10:40 AM
To: Caryn Williams <carynwilliams@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Caryn,

I apologize for missing your call, please call again when you have the chance.

Best,
Wesam

[Quoted text hidden]

---

**Caryn Williams** <carynwilliams@google.com>  
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>  
Cc: Joanna D'Amico <joannadamico@google.com>

Mon, Dec 9, 2024 at 10:48 AM

Hi Wesam,

I didn't realize I had called. I will give you a call around 11:30am ET if that works for you.

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  
To: Caryn Williams <carynwilliams@google.com>

Mon, Dec 9, 2024 at 10:53 AM

Hi Caryn,
Sorry for the mixup. Yes 11:30AM works for me. Thank you.
[Quoted text hidden]



Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

## Happy 2025 - Updated Resume
3 messages

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Mon, Jan 6, 2025 at 12:16 PM
To: Joanna D'Amico <joannadamico@google.com>, Caryn Williams <carynwilliams@google.com>

Hello Joanna and Caryn,

Happy New Year! I hope you enjoyed the holidays.

I recently completed the Google Cloud Professional Cloud Architect certification and wanted to reach out with an updated resume. Please find it attached or view it on Google Drive, thank you.

Best regards,
Wesam Abdelzaher

 **Wesam Abdelzaher Resume.pdf**
69K

---

**Caryn Williams** <carynwilliams@google.com>  Mon, Jan 6, 2025 at 2:31 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Happy New Year! Thanks for sending over an updated resume, Wesam. And congratulations on completing the GCP Cloud Architect certification. That's amazing.

Should anything come my way that aligns, I will definitely keep you in mind.

Thanks,
Caryn
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Mon, Jan 6, 2025 at 2:48 PM
To: Caryn Williams <carynwilliams@google.com>
Cc: Joanna D'Amico <joannadamico@google.com>

Hi Caryn, thank you for the kind words and for keeping me in mind! I really appreciate it.

Best,
Wesam
[Quoted text hidden]

# Wesam Abdelzaher

(347) 500 – 7429 | wesamsamwebsite@gmail.com | New York, NY
wesama.com | linkedin.com/in/wesam-abdelzaher/ | github.com/wewesemsem

## CERTIFICATIONS

**Google Cloud Certified Professional Cloud Architect**                                  Dec 2024
  **Skills:** Cloud Computing, GKE, Google Cloud Platform (GCP), Scalability, Networking, CICD
  **Certification ID:** c68fd01337194eba980fa7e9716ee63f | Certification URL

## EXPERIENCE

**IBM** Cloud Engineer - Client Engineering                                          May 2021 – Aug 2023
- Collaborated with IBM clients to build, deploy, and integrate micro-services and cloud-native solutions based on containers in an agile process to help clients deliver efficiently while cutting costs.
- Tested and troubleshooted solutions to ensure increased productivity, quality, performance, and security.
- Lead client engagements to develop Proofs Of Concepts during the pre-sales process:
- *Application Modernization:* Tested database workload performance improvements with cloud migration. Administered an OpenShift Container Platform cluster and created an Oracle multi-tenant database deployment on the cluster. Steps included: creating a namespace, installing an Oracle Database Operator, provisioning persistent storage, managing Identity and Access Management (IAM) roles and secrets, creating the table space and schema, connecting to the application, and inserting the data.
- *Conversational AI:* Built a domain-specific Watson Assistant chatbot to be integrated into the client's dashboard for customer care call center agents to use as an agent assist to enhance response rates and user satisfaction.
- *Generative AI:* Architected a customer care solution and Data Flow Diagram to integrate a third party Speech-to-Text AI model with Watson Assistant and Voice Gateway to leverage greater speech recognition accuracy.

**IBM** Partner Technical Specialist - Storage, Data Resiliency, Automation            Aug 2023 – June 2024
- Lead technical training workshops and executed product demos for IBM Business Partners to equip them with skills necessary to solve client problems, fulfill revenue goals, influence business decisions, and upgrade or maintain existing IBM products and solutions.
- Provided technical knowledge around application modernization, application resource management, observability, FinOps, flash storage and business continuity in hybrid cloud environments.
- Incorporated cyber security best practices, performed threat modeling using STRIDE and MITRE.
- Served as a technical expert and advisor to IBM sales teams by understanding the partner's business requirements, technical requirements, and competitive landscape.

**Nature's Nefer** Founding Engineer                                                  Jan 2021 – Present
- Delivered a full stack e-commerce site. Developed a single-page-application with a RESTful API. Designed modular and reusable front-end components.
- Implemented a relational database persistent cart for logged in users and session persistent cart for guests.
- Designed database table associations and queried and manipulated data using ORM.
- Applied user authentication and security best practices.
- Built with Node.js, Express, React, Redux, PostgreSQL, Sequelize, OAuth 2.0. Tested with Mocha and Chai.

**NYU Computer Science Department** Student Grader                                    Sep 2016 – Dec 2016
- Graded and provided code review feedback for student coursework and assignments in Introduction to Computer Programming, a course that focuses on the Python programming language.

**Fitch Ratings** Associate Analyst – U.S. Corporates, TMT                            July 2018 – Nov 2018
- Contributed forward-looking analysis to determine the ordinal credit worthiness of Investment-Grade and High-Yield U.S. corporations in the technology, media, and telecommunications industries.
- Modeled base-case and stress-case multi-year company performance forecasts based on revenue, EBITDA margins, free cash flow and other financial assumptions.

## EDUCATION

**NYU Tandon School of Engineering**, Bridge Program                                  Jan 2024 - July 2024
Course in C++, discrete math, data structures and algorithms, and principles of operating systems

**New York University**, New York, New York                                           May 2018
Bachelor of Arts in Economics

# Wesam Abdelzaher
(347) 500 – 7429 | wesamsamwebsite@gmail.com | New York, NY
wesama.com | linkedin.com/in/wesam-abdelzaher/ | github.com/wewesemsem

## CERTIFICATIONS
**Google Cloud Certified Professional Cloud Architect** — Dec 2024
**Skills:** Cloud Computing, GKE, Google Cloud Platform (GCP), Scalability, Networking, CICD
**Certification ID:** c68fd01337194eba980fa7e9716ee63f | Certification URL

## EXPERIENCE

**IBM** Cloud Engineer - Client Engineering — May 2021 – Aug 2023
- Collaborated with IBM clients to build, deploy, and integrate micro-services and cloud-native solutions based on containers in an agile process to help clients deliver efficiently while cutting costs.
- Tested and troubleshooted solutions to ensure increased productivity, quality, performance, and security.
- Lead client engagements to develop Proofs Of Concepts during the pre-sales process:
- *Application Modernization:* Tested database workload performance improvements with cloud migration. Administered an OpenShift Container Platform cluster and created an Oracle multi-tenant database deployment on the cluster. Steps included: creating a namespace, installing an Oracle Database Operator, provisioning persistent storage, managing Identity and Access Management (IAM) roles and secrets, creating the table space and schema, connecting to the application, and inserting the data.
- *Conversational AI:* Built a domain-specific Watson Assistant chatbot to be integrated into the client's dashboard for customer care call center agents to use as an agent assist to enhance response rates and user satisfaction.
- *Generative AI:* Architected a customer care solution and Data Flow Diagram to integrate a third party Speech-to-Text AI model with Watson Assistant and Voice Gateway to leverage greater speech recognition accuracy.

**IBM** Partner Technical Specialist - Storage, Data Resiliency, Automation — Aug 2023 – June 2024
- Lead technical training workshops and executed product demos for IBM Business Partners to equip them with skills necessary to solve client problems, fulfill revenue goals, influence business decisions, and upgrade or maintain existing IBM products and solutions.
- Provided technical knowledge around application modernization, application resource management, observability, FinOps, flash storage and business continuity in hybrid cloud environments.
- Incorporated cyber security best practices, performed threat modeling using STRIDE and MITRE.
- Served as a technical expert and advisor to IBM sales teams by understanding the partner's business requirements, technical requirements, and competitive landscape.

**Nature's Nefer** Founding Engineer — Jan 2021 – Present
- Delivered a full stack e-commerce site. Developed a single-page-application with a RESTful API. Designed modular and reusable front-end components.
- Implemented a relational database persistent cart for logged in users and session persistent cart for guests.
- Designed database table associations and queried and manipulated data using ORM.
- Applied user authentication and security best practices.
- Built with Node.js, Express, React, Redux, PostgreSQL, Sequelize, OAuth 2.0. Tested with Mocha and Chai.

**NYU Computer Science Department** Student Grader — Sep 2016 – Dec 2016
- Graded and provided code review feedback for student coursework and assignments in Introduction to Computer Programming, a course that focuses on the Python programming language.

**Fitch Ratings** Associate Analyst – U.S. Corporates, TMT — July 2018 – Nov 2018
- Contributed forward-looking analysis to determine the ordinal credit worthiness of Investment-Grade and High-Yield U.S. corporations in the technology, media, and telecommunications industries.
- Modeled base-case and stress-case multi-year company performance forecasts based on revenue, EBITDA margins, free cash flow and other financial assumptions.

## EDUCATION

**NYU Tandon School of Engineering**, Bridge Program — Jan 2024 - July 2024
Course in C++, discrete math, data structures and algorithms, and principles of operating systems

**New York University,** New York, New York — May 2018
Bachelor of Arts in Economics