# Ogletree Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Simone R. D. Francis
(340) 714-5510
simone.francis@ogletree.com

Marc-Joseph Gansah
212-492-2068
marcjoseph.gansah@ogletree.com

May 30, 2025

**VIA ECF**

The Honorable Judge Sarah L. Cave
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

    RE:   *Wesam Abdelzaher v. Matthew Bridge and Google*
           Civil Action No. 1:25-cv-3496-JPC-SLC
           Extension of Time to Respond to Complaint

Dear Judge Cave:

    We represent Defendants Matt Bridge and Google Inc. ("Defendants") in the above-referenced matter. Although there is no proof of service on the docket, in an abundance of caution, we respectfully request a 30-day extension of time until **June 30, 2025**, to respond to the Complaint. This is Defendants' first request to extend the time to respond to the Complaint in this action. Given our recent retention in the matter, the additional time would allow us to thoroughly investigate the allegations in the Complaint and prepare a fulsome and informed response.

    The undersigned contacted Plaintiff Wesam Abdelzaher ("Plaintiff") to obtain her consent to the extension. Plaintiff refused, stating that she did "not feel safe providing an extension." Despite Plaintiff's refusal, Defendants respectfully submit that good cause exists for the extension and that the brief additional time will not unduly delay the proceedings at this early stage.

    Thank you for your consideration.

                        Respectfully submitted,

                        OGLETREE, DEAKINS, NASH,
                         SMOAK & STEWART, P.C.

                        By: */s Marc-Joseph Gansah*
                            Marc-Joseph Gansah

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington