RECEIVED
SDNY PRO SE OFFICE
2025 JUL -9 PM 2: 28

WESAM ABDELZAHER
396 SHEPHERD AVE APT 5
BROOKLYN, NY 11208
(347) 500-7429
wesam.abdelzaher0@gmail.com

Date: July 9, 2025

To:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:25-cv-03496-JPC-SLC

### Re: Statement of Grievance Against Attorney Marc-Joseph Gansah, Bar Reg. No. 5502588

**1. Complainant Information**
 • Name: Wesam Abdelzaher
 • Pro Se Plaintiff in **Case No. 1:25-cv-03496-JPC-SLC**, filed in UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK.
 • Address, telephone, and email as above.
 • I request confidentiality because I fear retaliation in the ongoing litigation.

**2. Respondent Attorney Information**
 • Name: Marc-Joseph Gansah
 • Law Firm: OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
 • Office Address:
  599 Lexington Ave Fl 1700
  New York
  NY 10022-6019
 • Bar Registration Number: 5502588

**3. Jurisdiction**
 This grievance is filed under 22 NYCRR Part 1200 (New York Rules of Professional Conduct) and Judiciary Law § 90.

**4. Statement of Facts (Chronological)**
 **a.** On April 28, 2025, I filed a pro se complaint in UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK, against MATT BRIDGE, GOOGLE INC.

 **b.** On May 28, 2025, Respondent—in his capacity as counsel for Matt Bridge and Google—emailed me with a discovery demand **(Exhibit A)** that included the following abusive, intimidatory or discriminatory language:

- *"Ms. Abdelzaher"* (assumption of gender, misogyny), *"preferably today or tomorrow."* (attempt to influence and rush decision making), *"I will call you this afternoon."* (Threatening language, can be perceived as intimidating or even as *"I will kill you this afternoon."*).

**c.** On June 24, 2025, the attorney emailed **(Exhibit B)** me a 321 page authorities document **(Exhibit C)** cited in the Motion to Dismiss:
- Document length is overwhelming and oppressive with suspected intention to limit my ability to represent myself as Pro Se and make legal representation inaccessible and inaccurate.
- Document referenced Syrians - I am not Syrian nor am I male. I am of African descent, the attorney is intentionally discriminating against my African origins and sex by attempting to misportray my race and gender.

**d.** In the Reply Memorandum in support of the Motion to Dismiss filed on July 1st, 2025, the attorney utilized misogynistic, uncivil, defamatory language **(Exhibit D)**. Instead of investigating the retaliation the initial complaint referenced, the attorneys repeatedly described me as:
- "unsuccessful job applicant", "failure", and "futile" - even stating "she cannot assert rights." — I am a NYU alumni, an experienced engineer with over seven years in tech and finance, a certified Google Cloud Solution Architect, and a citizen of the United States who can assert their rights.
- The statements are defamatory, inaccurate, and oppressive of my free speech and right to represent myself as Pro Se. This undermines my credibility despite my credentials and successes.

**e.** Respondent's conduct has delayed proceedings, intimidated me, and caused emotional distress.
- Attorney emailed me a Cease and Desist **(Exhibit E)** on July 3, 2025 for simply having a LinkedIn account and speaking about my harrowing and exploitative experience interviewing with Google. I am being silenced and retaliated against.

## 5. Rules Violated
Respondent's conduct, engaged "in connection with a lawyer's professional activities," violates:
- Rule 8.4(g) – prohibiting harassment and discrimination based on race, gender, disability, etc., as shown by his remarks about my sex, gender expression, religious expression.
- Rule 3.5(d) – improper conduct before a tribunal, by using derogatory and defamatory language during a legal communication.
- Rule 1.1 & 1.3 – competence and diligence, by intentionally using abusive tactics to obstruct my pro se access.

## 6. Exhibits (Supporting Documents)
**Exhibit A:** Discovery email demand dated May 28, 2025 containing discriminatory and threatening language.

**Exhibit B:** Email from the attorney on June 24, 2025 containing a 321 page document attachment of the authorities cited in the Motion to Dismiss.
**Exhibit C:** Attached 321 page authorities cited in Motion to Dismiss.
**Exhibit D:** Reply Memorandum in support of Motion to Dismiss dated July 1, 2025.
**Exhibit E:** Cease and Desist received from attorney on July 3, 2025.

### 7. Relief Requested
I respectfully ask the Committee to:
1. Open a formal investigation into Respondent's conduct.
2. Impose appropriate discipline if the violations are substantiated.
3. Deter other attorneys from using discriminatory or abusive tactics against pro se litigants.

### 8. Declaration
I certify under penalty of perjury under the laws of New York that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Date: July 9, 2025
New York, New York
/s/ *Wesam Abdelzaher*
Wesam Abdelzaher, Pro Se
396 Shepherd Ave APT 5, Brooklyn NY 11208
347-500-7429
wesam.abdelzaher0@gmail.com