

Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

## FW: 1:25-cv-03496-JPC-SLC: Abdelzaher v. Bridge et al.
17 messages

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>  
To: "wesam.abdelzaher0@gmail.com" <wesam.abdelzaher0@gmail.com>  
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>  

Wed, May 28, 2025 at 4:15 PM

Good afternoon Ms. Abdelzaher,

I hope this message finds you well. My name is Marc-Joseph Gansah, and we represent Google and Mr. Matt Bridge in connection with the complaint you filed against them in the United States District Court for the Southern District of New York.

I would appreciate the opportunity to speak with you regarding the complaint. If you are represented by counsel, please let me know and kindly forward this email to them. If not, please let me know a good time for us to connect, preferably today or tomorrow.

Additionally, kindly confirm that (347) 500-7429 is the best telephone number at which you can be reached.

Thank you, and I look forward to hearing from you.

**Marc Joseph Gansah | Ogletree Deakins**  
599 Lexington Avenue, 17th Floor | New York, NY 10022 | Telephone: 212-492-2068  
marcjoseph.gansah@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>  
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>  

Wed, May 28, 2025 at 10:58 PM

Good evening Mr. Gansah,

Thank you for reaching out, I am pleased to meet you. Yes, I am available to connect tomorrow afternoon. The telephone number (347) 500-7429 is correct.

Please also clarify whether this communication is related to court-ordered discovery, settlement discussions, or another procedural requirement. Thank you and enjoy your evening.

Best regards,  
Wesam Abdelzaher  
www.wesamtechnologies.com  
[Quoted text hidden]

7/5/25, 4:55 PM    Gmail - EWOC 1:25-cv-03496-JPC-SLC: Abdelzaher v. Bridge et al.

Case 1:25-cv-03496-JPC-SLC   Document 20-1   Filed 07/09/25   Page 2 of 6

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>  Thu, May 29, 2025 at 7:38 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Thank you for your quick response.

I will call you this afternoon. My call is an introductory call regarding this matter.

Best regards,

**Marc Joseph Gansah | Ogletree Deakins**
599 Lexington Avenue, 17th Floor | New York, NY 10022 | Telephone: 212-492-2068
marcjoseph.gansah@ogletree.com | www.ogletree.com | Bio

**From:** Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
**Sent:** Wednesday, May 28, 2025 10:58 PM
**To:** Gansah, Marc Joseph <marcjoseph.gansah@ogletreedeakins.com>
**Cc:** Francis, Simone <Simone.Francis@ogletreedeakins.com>
**Subject:** Re: FW: 1:25-cv-03496-JPC-SLC: Abdelzaher v. Bridge et al.

**[Caution: Email received from external source]**

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Thu, May 29, 2025 at 8:34 AM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Good morning Marc - I am happy to have an introduction. Would you be willing to have our discussion via email rather than via telephone? I appreciate your accommodation. Thank you.
[Quoted text hidden]

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>  Thu, May 29, 2025 at 9:01 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Dear Wesam,

I am happy to communicate via e-mail. We have recently been retained to represent the Defendants, Matt Bridge and Google, in this matter. We are actively and thoroughly investigating the allegations in the Complaint. Accordingly, we are writing to request an extension of time to **June 30, 2025** to respond to the Complaint.

We thank you for the courtesy and will obviously return it, should you need a similar extension of time in the future during these proceedings.

[Quoted text hidden]
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>     Thu, May 29, 2025 at 9:15 AM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Hi Marc,

I appreciate that you are thoroughly investigating the complaint. Given the circumstances of the situation, I do not feel safe providing an extension of time. As I understand it, this is an urgent matter.

Thank you and I look forward to your response.
Wesam Abdelzaher

[Quoted text hidden]

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>     Thu, May 29, 2025 at 9:17 AM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Understood.

[Quoted text hidden]
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>     Thu, May 29, 2025 at 2:31 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>

Hello,

I hope you are well. Is there any way you can confirm that you actually represent Google and Matt Bridge? Thank you.
[Quoted text hidden]

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>     Thu, May 29, 2025 at 3:01 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Dear Wesam,

I confirm we represent both defendants.

Best,

[Quoted text hidden]
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>     Thu, May 29, 2025 at 8:36 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Hello Marc,

Thank you for confirming.

Best,
Wesam

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Tue, Jun 3, 2025 at 12:50 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Hello Simone and Marc,

I hope you are well. I am reaching out to see if you need any additional information for me for your discovery.

Please let me know and I appreciate your patience.

Best,
Wesam Abdelzaher
Pro Se

[Quoted text hidden]

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>    Tue, Jun 3, 2025 at 1:00 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Dear Wesam,

I hope you are doing well. We do not require any information from you at this moment.

[Quoted text hidden]
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Tue, Jun 3, 2025 at 6:55 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Thank you for your response. Please let me know should you need any additional information.

[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>    Wed, Jun 11, 2025 at 12:07 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Good afternoon,

I hope you are doing well. I am reaching out as a follow up - please let me know if you have any questions or need any information from me.

Any updates you are able to provide would also be greatly appreciated.

Thank you and best regards,

Wesam Abdelzaher

[Quoted text hidden]

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>    Wed, Jun 11, 2025 at 12:15 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Good afternoon Wesam,

I hope you are doing well. We do not currently have any questions or request any information from you. We will respond to your Complaint by the deadline set by the Court.

[Quoted text hidden]
[Quoted text hidden]

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Sat, Jun 21, 2025 at 8:00 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>

Hello, I have attached some updates for your discovery.
[Quoted text hidden]

**2 attachments**



**IMG_6706.png**
283K

**IMG_6707.png**
446K

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Sat, Jun 21, 2025 at 8:03 PM
To: simone.francis@ogletree.com

[Quoted text hidden]

**2 attachments**



**IMG_6706.png**
283K



IMG_6707.png
446K