

Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>

## Abdelzaher v. Bridge et Al. - Motion to dismiss Authorities
2 messages

---

**Gansah, Marc Joseph** <marcjoseph.gansah@ogletree.com>  Tue, Jun 24, 2025 at 4:31 PM
To: Wesam Abdelzaher <wesam.abdelzaher0@gmail.com>
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Wesam,

We filed a Motion to Dismiss the Complaint this afternoon. In application with Local Civil Rule 7.2 of the Court, please find attached copies of the authorities we cited in our Motion to Dismiss.

Best,

**Marc-Joseph Gansah | Ogletree Deakins**
599 Lexington Avenue, 17th Floor | New York, NY 10022 | Telephone: 212-492-2068
marcjoseph.gansah@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*



**Complete Authorities [Updated].pdf**
2611K

---

**Wesam Abdelzaher** <wesam.abdelzaher0@gmail.com>  Tue, Jun 24, 2025 at 4:55 PM
To: "Gansah, Marc Joseph" <marcjoseph.gansah@ogletree.com>, ProSe@nysd.uscourts.gov
Cc: "Francis, Simone" <Simone.Francis@ogletreedeakins.com>

Dear Marc and Simone.

I hope this message finds you well. I am writing in response to your email regarding the Motion to Dismiss the Complaint filed this afternoon. I appreciate you providing the attached authorities, although I must admit that reviewing a 300-page document is quite overwhelming.

## Acknowledgment of Motion

I acknowledge receipt of your Motion to Dismiss and the accompanying authorities. I understand that this motion is a significant step in the proceedings, and I want to ensure that I address it appropriately.

## Request for Clarification

As I am representing myself in this matter, I would appreciate any clarification on the specific grounds for the motion. Understanding the key arguments will help me prepare my response more effectively.

## Intent to Respond

Please be assured that I intend to respond to the motion in accordance with the court's rules. I will review the authorities cited and prepare my arguments against the motion. If there are any deadlines I should be aware of, please let me know.

## Conclusion

Thank you for your attention to this matter. I look forward to your response and any guidance you can provide.

Best regards,

Wesam Abdelzaher

Pro Se

[Quoted text hidden]