**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile:  212-492-2501
www.ogletree.com

Simone R.D. Francis
(340) 714-5510
Simone.francis@ogletree,com

Marc-Joseph Gansah
(212) 492-2068
marcjoseph.gansah@ogletree.com

July 3, 2025

**VIA ELECTRONIC MAIL**
Wesam Abdelzaher
396 Shepherd Ave APT 5
Brooklyn NY 11208
Wesam.abdelzaher0@gmail.com

      Re:    *Cease and Desist* – Direct Communications with Matthew Bridge

Wesam,

    As you know, we represent Google LLC and Matthew Bridge in connection with the action you commenced against them in the United States District Court for the Southern District of New York.

    It has come to our attention that, despite our prior and unambiguous notice to you that we are counsel for Mr. Bridge, you have engaged in direct and improper conduct towards him. Specifically, you created alternate LinkedIn account(s) through which you have posted content related to Mr. Bridge and commented under his posts, including several statements that are defamatory and intended to harass or disparage him publicly.

    We demand that **you immediately cease and desist** from this conduct, specifically from:

1. Contacting Mr. Bridge directly in any manner;

2. Posting comments or messages about Mr. Bridge or in response to Mr. Bridge's LinkedIn content; and

3. Engaging with Mr. Bridge, directly or indirectly, through social media or any other platform.

    Any further communications you wish to make regarding Mr. Bridge or the underlying matter must be directed solely to this office. Should you fail to comply with this request, we will have no choice but to raise the matter with the Court and seek appropriate relief.

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Buffalo ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Fresno ▪ Greenville ▪ Houston ▪ Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Washington

Wesam Abdelzaher
July 3, 2025
Page 2

    This letter is sent without waiver of any rights, remedies, or claims, all of which are expressly reserved.

    Sincerely,

    **OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C**

    By:   *Marc-Joseph Gansah*

MJG: npa