UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESAM M. ABDELZAHER,

                Plaintiff,

-v-                                            CIVIL ACTION NO. 25 Civ. 3496 (JPC) (SLC)

MATT BRIDGE, et al.,                     **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of Plaintiff's submission at ECF No. 20, which Plaintiff characterizes as a Statement of Grievance. The Court has forwarded Plaintiff's submission at ECF No. 20 to the Grievance Committee, pursuant to the Court's policy.

Dated:      New York, New York
               July 22, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**