WESAM ABDELZAHER
396 SHEPHERD AVE APT 5
BROOKLYN, NY 11208
(347) 500-7429
wesam.abdelzaher0@gmail.com

Date: August 19, 2025

To:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 1:25-cv-03496-JPC-SLC

The Honorable Judge Sarah L. Cave

I, Wesam Abdelzaher, the plaintiff in the above-captioned case, hereby give notice of my voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

I request that the Court dismiss this action without prejudice. I further request that each party bear their own costs and fees incurred in connection with this action.

Dated: August 19, 2025

Respectfully submitted,

Thank you for your consideration.
Respectfully submitted,
/s/ Wesam Abdelzaher
Wesam Abdelzaher
Plaintiff, Pro Se

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of dismissal to dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED
August 22, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge